# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| DANIA BALLARD | : | No. 488 EAL 2016 |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| WORKERS' COMPENSATION APPEAL | : | |
| BOARD (VALLEY FORGE COLONIAL | : | |
| LIMITED PARTNERSHIP) | : | |
| | : | |
| | : | |
| PETITION OF: LARRY PITT, ESQUIRE | : | |
| AND LARRY PITT & ASSOCIATES | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 30th day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.